IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| DALE BRYANT WATKINS and<br>BETTY MARIE WATKINS | § § § § | PLAINTIFFS |
| v. | § § | Civil No. 1:13CV224-HSO-RHW |
| NEW PALACE CASINO, LLC | § § § | DEFENDANT |

**FINAL JUDGMENT**

The claims of Plaintiffs Dale Bryant Watkins and Betty Marie Watkins against Defendant New Palace Casino, LLC, came on for trial before the Court and a jury on the 12th day of December, 2014, and concluded on the 17th day of December, 2014, Honorable Halil Suleyman Ozerden, United States District Judge, presiding. The issues having been duly tried and having heard all of the evidence and argument of counsel and receiving instructions of the Court, including a Special Verdict Form, the jury retired to consider the verdict. The jury returned upon their oaths, into open Court, a unanimous verdict, finding in favor of Defendant on Plaintiff Dale Bryant Watkins' negligence premises liability claim and, accordingly, on Plaintiff Betty Marie Watkins' derivative loss of consortium claim. In accordance with the jury's unanimous verdict,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that Plaintiff Dale Bryant Watkins' and Plaintiff Betty Marie Watkins' claims against Defendant New Palace Casino, LLC, are **DISMISSED WITH PREJUDICE**.

-1-

**IT IS, FURTHER, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 17th day of December, 2014.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE